# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO.   1:10-CV-02106-AWI-MJS |
| Plaintiff, | ORDER FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO COMPLAINT |
| vs. | |
| ROSE AND YBARRA RESTAURANTS, INC., dba RYAN'S PLACE, et al. | |
| Defendants. | |

The Defendants having agreed among themselves to be represented by common counsel and additional time being necessary to effect the consummation of a written agreement between them, and the Plaintiff and Defendants having stipulated to an enlargement of time during which Defendants may respond to Plaintiff's complaint and good cause being shown:

It is ordered that Defendants' time to respond in the above entitled cause is extend to and including January 21, 2011.

IT IS SO ORDERED.

Dated:   January 7, 2011        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE