1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  RONALD MOORE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:10-CV-02106-AWI-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| ROSE AND YBARRA RESTAURANTS, INC., et al., | |
| Defendants. | |

**WHEREAS**, Plaintiff filed his Complaint on November 11, 2010;

**WHEREAS**, Plaintiff and Defendants are engaged in settlement negotiations exploring the possibility of settlement;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for February 17, 2011 which will not provide the parties enough time to explore and/or complete a resolution through settlement;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after March 14, 2011 in order to allow the parties time to explore settlement.

///

///

| | |
|---|---|
| Date: February 9, 2011 | MOORE LAW FIRM, P.C. |
| | /s/Tanya E. Moore |
| | Tanya E. Moore |
| | Attorneys for Plaintiff |
| | MacKENIZIE & BRODY |
| | /s/ Roderick L. MacKenzie |
| | Roderick L. MacKenzie, Attorneys for Defendants |

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for February 17, 2011 be continued to March 24, 2011 at 11:00 AM in Courtroom 6 before the Honorable Michael J. Seng.

IT IS SO ORDERED.

Dated:   February 9, 2011        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

*Moore v. Rose and Ybarra Restaurants, Inc., et al.*
Stipulation to Continue Mandatory Scheduling Conference
Page 2