1  K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
332 North Second Street
3  San Jose, California  95112
Telephone (408) 298-2000
4  Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com
5
Attorneys for Plaintiff
6  Ronald Moore

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                          )  No.  1:10-CV-02106-MJS
                                           )
12              Plaintiff,                 )  **STIPULATION FOR DISMISSAL OF**
                                           )  **ACTION;  ORDER**
13       vs.                               )
                                           )
14  ROSE AND YBARRA RESTAURANTS,           )
    INC., et al.,                          )
15                                         )
                                           )
16              Defendants.                )
                                           )
17  _____

18       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants

19  Rose and Ybarra Restaurants, Inc. dba Ryan's Place, Ranjith Singh dba Dollar Fifty Store aka

20  Dollar City, and Frank Solomon, Jr., the parties to this action, by and through their respective

21  counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

22  action be dismissed with prejudice in its entirety.

23  Date: October 25, 2011                           MOORE LAW FIRM, P.C.

24

25
                                                    /s/ Tanya E. Moore
26                                                  Tanya E. Moore
                                                    Attorneys for Plaintiff Ronald Moore
27

28  //

*Moore v. Rose and Ybarra Restaurants, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order
                                            Page 1

Date: October 25, 2011               MACKENZIE & BRODY

                                     /s/ Roderick L. MacKenzie
                                     Roderick L. MacKenzie, Attorneys for
                                     Defendants Rose and Ybarra Restaurants, Inc.
                                     dba Ryan's Place, Ranjith Singh dba Dollar
                                     Fifty Store aka Dollar City, and Frank Solomon, Jr.

**ORDER**

     The parties having so stipulated,

IT IS SO ORDERED.

     Dated:   October 25, 2011            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE