K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>     vs.<br><br>ROSE AND YBARRA RESTAURANTS, INC., et al.,<br><br>           Defendants. | No.  1:10-CV-02106-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Rose and Ybarra Restaurants, Inc. dba Ryan's Place, Ranjith Singh dba Dollar Fifty Store aka Dollar City, and Frank Solomon, Jr., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 25, 2011                               MOORE LAW FIRM, P.C.


                                                                  /s/ Tanya E. Moore
                                                                  Tanya E. Moore
                                                                  Attorneys for Plaintiff Ronald Moore

//

1 | Date: October 25, 2011           MACKENZIE & BRODY

/s/ Roderick L. MacKenzie
Roderick L. MacKenzie, Attorneys for
Defendants Rose and Ybarra Restaurants, Inc.
dba Ryan's Place, Ranjith Singh dba Dollar
Fifty Store aka Dollar City, and Frank Solomon, Jr.

**ORDER**

The parties having so stipulated,

IT IS SO ORDERED.

Dated:   October 25, 2011           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

---

*Moore v. Rose and Ybarra Restaurants, Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 2